**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-00677-CBS-MEH** | FTR - Reporter Deck - Courtroom A402 |
| **Date: August 7, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| KEVIN WALLS, | Amy J. Packer |
| | Mark P. Martens |
| **Plaintiff,** | |
| v. | |
| UNIPROP, INC., *et al.*, | John R. Chase |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTIONS HEARING**
**Court in Session:    8:32 a.m.**
Court calls case. Appearances of counsel.

**FINAL PRETRIAL CONFERENCE** is vacated and reset for **May 1, 2008 at 10:00 a.m.**
Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**ORDERED:** Four (4) day jury trial before Magistrate Judge Shaffer set to commence June 23, 2008 at 8:30 a.m.

**ORDERED:** Defendants GP Valley View Corporation, d/b/a Valley View, and Uniprop, Inc.'s Motion to Dismiss Plaintiff's Third and Fourth Claims for Relief [filed April 4, 2007; doc. 5] is granted in part and denied in part for the reasons stated on the record. Plaintiff's third and fourth claims for relief are hereby dismissed.

**ORDERED:** Plaintiff's Motion to Strike Defendants' Affirmative Defenses of Open and Obvious Danger, Comparative Negligence, Assumption of the Risk, and Nonparties at Fault [filed April 24, 2007; doc. 8] is denied for the reasons stated on the record.

**ORDERED:   Motion Hearing on Plaintiff's Motion to Compel (doc. 25) set for September 17, 2007 at 1:30 p.m.**

HEARING CONCLUDED.

**Court in Recess:      9:20 a.m.**
Total In-Court Time:     00:48