IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00677-CBS-MEH

KEVIN WALLS,

    Plaintiff(s),

v.

GP VALLEY VIEW CORPORATION, d/b/a VALLEY VIEW and UNIPROP, INC.,

    Defendant(s).

## ORDER REGARDING STIPULATED MOTION TO DISMISS WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulated Motion of the Plaintiff and Defendants for an Order dismissing this action, with prejudice. The Court has reviewed the motion and the Court's file, and has considered applicable law.

The Court hereby Orders that said motion is hereby GRANTED.

This action is hereby dismissed with prejudice, with each party to assume and pay his/its own attorney's fees and costs incurred. Rule 41(a)(1), Federal Rules of Civil Procedure.

DONE AND SIGNED this 10th day of September, 2007.

_____
Craig B. Shaffer
United States Magistrate Judge